AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central _____ **DISTRICT OF** Massachusetts

June Culross
        Plaintiff

v

Fallon Clinic, Inc. and
Marlene Dodge
        Defendants

**APPEARANCE**

Case Number:

# 05-40092 FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, June Culross

I certify that I am admitted to practice in this court.

_5/24/2005_
Date

Signature

Ilene Titus                                    045110
Print Name                                   Bar Number

120 Main Street
Address

Worcester, MA  01608
City          State          Zip Code

(508) 799-8784      (508)798-2521
Phone Number                    Fax Number