**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** June Culross | **COURT CASE NUMBER** 05-400092FDS |
| **DEFENDANT** Fallon Clinic, Inc. and Marlene Dodge | **TYPE OF PROCESS** Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marlene Dodge
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
23 Crestview Drive, Holden, MA 01520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ilene Titus
Attorney At Law
120 Main Street
Worcester, MA 01608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (508) 799-8784
DATE: 6/28/05

*[Stamp: RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 JUN 29 A 11:01]*

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 038
District to Serve No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 6/29/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/11/05   Time: 1500 pm
Signature of U.S. Marshal or Deputy: Cynthia Bohn

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $90.00 | $14.40 | | $104.40 | | |

REMARKS:
7/8 No response at residence 1430 hours CB
7/11 Spoke with att. Titus agreed to leave at residence CB

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of  Massachusetts _____

June Culross
    Plaintiff
      V.
Fallon Clinic, Inc. and
Marlene Dodge
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05-40092 FDS

TO: (Name and address of Defendant) Marlene Dodge
23 Crestview Drive
Holden, MA   01520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ilene Titus
Attorney At Law
120 Main Street
Worcester, MA   01608

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON** _____  *June 30, 2005*
CLERK                                                       DATE

*[signature]*
(By) DEPUTY CLERK