UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNE CULROSS<br><br>Plaintiff,<br><br>v.<br><br>FALLON CLINIC, INC. and MARLENE DODGE<br><br>Defendants. | C. A. No. 05-40092FDS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants Fallon Clinic, Inc., and Marlene Dodge.

                                    FALLON CLINIC, INC. and
                                    MARLENE DODGE

                                    By their attorney,

                                    David M. Cogliano, BBO # 630158
                                    Davis, Malm & D'Agostine, P.C.
                                    One Boston Place
                                    Boston, MA 02108

Dated: July 28, 2005                (617) 367-2500