UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNE CULROSS<br><br>  Plaintiff,<br><br>v.<br><br>FALLON CLINIC, INC. and MARLENE DODGE<br><br>  Defendants. | C. A. No. 05-40092FDS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants Fallon Clinic, Inc., and Marlene Dodge.

                                         FALLON CLINIC, INC. and
                                         MARLENE DODGE

                                         By their attorney,

                                         /s/ Gary M. Feldman
                                         Gary M. Feldman, BBO #162070
                                         Davis, Malm & D'Agostine, P.C.
                                         One Boston Place
                                         Boston, MA 02108
Dated: July 28, 2005                    (617) 367-2500

BOSTON 375116v1