UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNE CULROSS<br><br>   Plaintiff,<br><br>v.<br><br>FALLON CLINIC, INC. and<br>MARLENE DODGE<br><br>   Defendants. | C. A. No. **05-40092FDS** |

## ASSENTED TO JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

      The Parties hereby submit this Joint Motion To Extend The Time For Defendants To File A Responsive Pleading to Plaintiff's Complaint ("Joint Motion"). In support of this Joint Motion, the Parties state as follows:

      1.     By this action, the Plaintiff alleges that Defendants violated the Family Medical and Leave Act ("FMLA") and M.G.L. c. 151B. Specifically, Plaintiff alleges that Defendants interfered with the exercise of her rights pursuant to the FMLA and discriminated against her on the basis of her alleged handicap.

      2.     Presently, the deadline for filing a responsive pleading to Plaintiff's Complaint is November 30, 2005.

      3.     Since receiving the Complaint, counsel for the Parties have had ongoing discussions regarding the possibility of settling the case.

      4.     The Parties have agreed on the terms of a settlement agreement. At this point, the only outstanding issue is obtaining signatures on the settlement agreement. Due to vacations,

and the Thanksgiving holiday, the Parties may not be able to execute the settlement agreement until next week.

5. Pursuant to the terms of the Settlement Agreement, the Parties will file a Stipulation of Dismissal with Prejudice once the Settlement Agreement is executed.

6. Because the Parties are merely waiting to obtain the appropriate signatures on the Settlement Agreement, and they wish to avoid time and expense in filing unnecessary pleadings, the Parties have agreed that Defendants need not file a responsive pleading.

7. Accordingly, the Parties request that the deadline for submission of a responsive pleading be extended to December 9, 2005.

8. The Parties will not be prejudiced by this extension.

WHEREFORE, the Parties respectfully request that the Court extend the time for Defendants to file a responsive pleading to December 9, 2005.

| | |
|---|---|
| FALLON CLINIC, INC. and<br>MARLENE DODGE<br>By their attorneys, | JUNE CULROSS<br>By her attorney, |
| /s/ David M. Cogliano, Esq.<br>Gary M. Feldman, BBO # 162070<br>David M. Cogliano, BBO # 630158<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA  02108<br>(617) 367-2500 | /s/ Ilene Titus, Esq.<br>Ilene Titus BBO #045110<br>Attorney At Law<br>120 Main Street<br>Worcester, MA 01608<br>(508-799-8784) |

Dated:  November 30, 2005