UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUNE CULROSS<br><br>    Plaintiff,<br><br>v.<br><br>FALLON CLINIC, INC. and MARLENE DODGE<br><br>    Defendants. | C. A. No. 05-40092FDS<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to the provisions of Federal R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate that all claims asserted in the within action be dismissed, with prejudice and without costs. All rights of appeal and claims for attorneys' fees are hereby waived.

| FALLON CLINIC, INC. and<br>MARLENE DODGE<br>By their attorneys, | JUNE CULROSS<br>By her attorney, |
|---|---|
| /s/ David M. Cogliano<br>Gary M. Feldman, BBO # 162070<br>David M. Cogliano, BBO # 630158<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA  02108<br>(617) 367-2500 | /s/ Ilene Titus<br>Ilene Titus BBO #045110<br>Attorney At Law<br>120 Main Street<br>Worcester, MA 01608<br>(508-799-8784) |

Dated:  December 9, 2005

389965v.1