# Ilene Titus

ATTORNEY AT LAW
120 MAIN STREET
WORCESTER, MA 01608

(508) 799-8784
FACSIMILE (508) 798-2521

December 14, 2005

Clerk's Office
United States District Court
Donahue Federal Building
595 Main Street
Worcester, MA 01608

RE: Culross v. Fallon Clinic, Inc., et al
    C.A. No. 05-40092FDS

Dear Sir/Madam:

Enclosed please find reimbursement for the filing fee in the amount of Two Hundred and Fifty Dollars ($250.00). As you are aware, the fees were waived for costs. The Plaintiff has settled her case and this represents repayment from that.

Thank you.

Very truly yours,

Ilene Titus

IT:amh
Enclosures
cc: June Culross